Case: 1:16-mc-00926
Assigned To : Huvelle, Ellen S.
Assign. Date : 4/28/2016
Description: Misc.

# IN THE FEDERAL DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF H.R.H. Andrew Joseph Avitabile, Petitioner

## PETITION FOR DECLARATION OF DIGNITARY STATUS
## AND
## CONFIRMATION OF NAME BY EUROPEAN ROYAL

**COMES NOW**, His Royal Highness, Andrew Joseph Avitabile (hereinafter, Mr. Avitabile), In Propria Persona, Sui Juris (not Pro Se or colorable), possessor of a European Royal Title and petitions this Court for an order providing confirmation that his name has been legally changed back to its original spelling pursuant to his Affidavit of Personage/Royal Decree and that he holds Diplomatic Status pursuant to his Familial European Royal Title.

**Jurisdictional Statement:**

This Court has proper jurisdiction in that it is a Federal District Court as established under Article III of the U.S. Constitution; and as a Foreign Friendly Royal, Mr. Avitabile is required to file any court documents in an Article III Court, as established under the US Constitution due to his European Royal Title. Mr. Avitabile is a recognized European Royal [1], allowing him to file the immediate Petition in any Article III Court; and he wishes to file his pleadings in the Court possessing the most experience in addressing matters similar to those at hand that are presented by Foreign Dignitaries. Technically, wherever Mr. Avitabile is located is considered foreign to the United States, making his filing that of a friendly foreign nation and one filed from abroad. Just as with the President of the United States, wherever Mr. Avitabile is located, plus 10 feet outward in every direction from either his person or his security, if any is incorporated, is temporarily foreign to the nation he is physically located in; and as with the President, when he is in an enclosed space the entirety of that enclosed space is temporarily considered foreign to the nation he is physically located in. This makes it appropriate for Mr.

---

[1] Mr. Avitabile's family was recognized as high ranking Italian Royalty in the Encyclopedia of Italian Nobility on pages 449 and 450; and Mr. Avitabile's great-grandfather was documented by U.S. Immigration Officials as the "King of Italy" on his 1901 Immigration Petition in the location labeled as "Former Nationality."

Avitabile to file his court documents in any Federal Court as they all hold shared original jurisdiction over the matter; and it is incumbent upon Mr. Avitabile to decide which one he wishes to file his documents in, based upon his belief of which Court will provide the most just conclusion to the matter presented. Mr. Avitabile has chosen to file in this Court because it has the most experience with foreign diplomats and dignitaries.

Pursuant to the U.S. Constitution, Article 1, Section 9, the United States cannot grant a "Title of Nobility" to anyone.

> **United States Constitution**
> **Article 1. [The Congress]**
> **Section 9 Limitations upon Powers of Congress.**
> The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person. The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it. No Bill of Attainder or ex post facto Law shall be passed. No Capitation, or other direct, Tax shall be laid unless in Proportion to the Census or Enumeration hereinbefore directed to be taken. No Tax or Duty shall be laid on Articles exported from any State. No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another. No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time. **No Title of Nobility shall be granted by the United States**: And no Person holding any Office of Profit or Trust under them, shall without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

If the United States does not have the authority to grant a title of nobility, then it also cannot remove a title of nobility, meaning that it <u>must</u> recognize both titles of nobility granted by foreign nobles and those granted by foreign countries, regardless of whether newly granted or historically granted.

Pursuant to the U.S. Constitution, Article 1, Section 10, the individual states of the United States cannot grant a "Title of Nobility" to anyone.

> **United States Constitution**
> **Article 1. [The Congress]**
> **Section 10 Restrictions upon Powers of States.**
> **No State shall** enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or **grant any Title of Nobility.** No State shall, without the Consent of the Congress, lay any Imports or Duties on Imports or Exports, except what may be absolutely necessary for executing its inspection Laws; and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Control of the Congress. No State shall, without the Consent of Congress, lay

any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

If the individual states of the United States do not have the authority to grant a title of nobility, then they also cannot remove a title of nobility, meaning that they <u>must</u> recognize both titles of nobility granted by foreign nobles and those granted by foreign countries, regardless of whether newly granted or historically granted.

Thus, this Court <u>must</u> recognize a title of nobility when held by a family or individual person regardless of whether that tile is newly granted or historically granted. Historically granted titles of nobility, like that of Mr. Avitabile, are clearly documented within historic literature, such as old news papers, <u>encyclopedias</u> or <u>legal documents</u> (court, immigration, governmental).

**Argument Presented:**

In support of said petition, Mr. Avitabile presents this Court with copies of his birth certificate, his great-grandfather's petition for naturalization, an excerpt from the Encyclopedia of Italian Nobility, his Affidavit, and his Royal Decree to aid in rendering its decision, as well as several other identifying evidentiary documents; and states as follows:

1) Mr. Avitabile was born on May 19, 1967 as Andrew Joseph Avitable, an illegally Americanized version of Avitabile, to Airman Andrew Joseph Avitable and his wife, Cleon La Nell Carver, at Walson Army Hospital, Fort Dix, New Jersey.

a) Mr. Avitabile presents his birth certificate to verify this information as evidentiary exhibit #1.

b) Mr. Avitabile presents his Baptismal, Communion and Confirmation Certificates to verify this information respectively as evidentiary exhibits #2, #3 and #4.

c) Mr. Avitabile presents a copy of his DD-214 as exhibit #5.

d) Mr. Avitabile presents a copy of his Public Safety ID Card as exhibit #6.

e) Mr. Avitabile presents a copy of his NYC PD Special Patrolman's ID #P02937 as exhibit #7.

f) Mr. Avitabile presents a copy of his New York State Driver's License as exhibit #8.

g) Mr. Avitabile presents a copy of his New York State EMT Card #200434 as exhibit #9.

2) Mr. Avitabile was born into a European Royal Family that was originally recognized as Italian Royalty on November 10, 1414 in the name of Masello Avitabile by Queen Regina

Giovanna II and elevated to the high ranking Royal Title of Marchese [2] in the name of Giacomo Avitabile on September 1, 1749 by Carlo di Barbone.

a) Mr. Avitabile presents an excerpt from pages 449 and 450 regarding his family that can be found in the Encyclopedia of Italian Nobility to verify this information as evidentiary exhibit #10. This excerpt is included on the same page as evidentiary exhibit #11 to conserve document space.

b) The information contained within this document is uncontestable in that it was provided to the encyclopedia publisher by the Italian Government and contradicting that information is paramount to calling the Italian Government liars about their own history.

3) Mr. Avitabile's great-grandfather, Andrea Avitabile, was recognized by the United States Immigration Official that filled out his immigration petition on April 25, 1901 as the "King of Italy" in the section marked "Former Nationality." Mr. Avitabile has found no indication or evidence anywhere that his great-grandfather relinquished or renounced his royal title.

a) Mr. Avitabile presents his great-grandfather's immigration petition derived from ancestry.com, library edition, image #13 of 586 in the search for 1901 US Immigration Petitions from New York by the New York Public Library Genealogy Department. This document is entered as evidentiary exhibit #11 and shares the page with evidentiary exhibit #10 to conserve document space.

b) This information cannot be contested. To contradict the information contained in this document would be stating that the U.S. Immigration Official that completed the document committed fraud. The U.S. Immigration Officer had the obligation to assure the accuracy of the information contained therein. If something appeared questionable, which this must have, the Immigration Officer then had the obligation to investigate its accuracy. The failure of the Immigration Official to properly ensure the information is correct states that either the official committed fraud or neglected his/her duties and allowed erroneous information to remain uncontested. Furthermore, his/her supervisor would have also had to participate in a fraud or neglect their duty to ensure that their subordinates were performing their jobs properly.

4) The sister of Mr. Avitabile's grandfather, Anna (maiden name – Avitabile/Avitable), illegally

---

[2] The Marchese is the position of political authority second only to the King. If the King passes without leaving an Heir, the Marchese assumes the Title of King. At this time, under the immediate circumstances, we have no way of identifying if this occurred or not; however, in either case, Mr. Avitabile's royal title is still an extremely high ranking European Royal Title deserving of Diplomatic/Dignitary/Sovereign status.

changed the spelling of the family's last name in New York or New Jersey in the 1930's[3]. Anna had no authority to change the spelling of the family's last name or that of the other 3-4 families that she changed to "Americanize them" against all of the families' wishes. Mr. Avitabile's grandfather and great-grandfather, both over the age of 18 were livid, but did not know how to correct the injustice and were resigned to live with the incorrect spelling of their last names until their deaths (1970's for Andrea Avitabile and 1990's for Louis Avitabile).

5) Petitioner's desire in this petition is to confirm that he corrected the wrong done in the 1930's when Anna improperly manipulated the court in either New York or New Jersey to change the spelling of the 3-4 families' last names. Petitioner is very proud of his Royal Heritage and wishes to correct the injustice done. Petitioner was advised that none of the families wanted their names changed. Petitioner is not asking the Court to change the names, but merely recognize the authority in his Royal Signature to revert the spelling of only his last name, thereby rectifying the injustice done to his family all those years ago. He realizes that the state court at that time was unwittingly duped and that is why he has chosen to utilize this method and avoid litigious avenues. If the petitioner goes through the courts any further than this petition, there is the possibility of a public record such as this harming the public's confidence in the courts to be unable to be manipulated to unjust results. This method of correction will eliminate that concern as it can easily be sealed or unpublished (handled discreetly), allowing the courts to save face or be public to demonstrate openly how it corrects the injustices when brought to light, whichever it chooses; and Petitioner regains his family's name for his grandfather and great-grandfather, God rest their souls. This action would affect only Petitioner and his descendants under the age of 18 unless they choose to follow suit. Any others wishing to correct their names would need to do so on their own. Therefore, there is no opposing party to contest this action.

6) Mr. Avitabile's grandfather (Louis Anthony Avitabile) and great-grandfather (Andrea Avitabile prior to his death) advised Mr. Avitabile that he was the birthright holder of their family's royal title; his royal status from birth; and his right to use the titles of "His Royal Highness" and "His Royal Majesty" under the proper customary political addresses and salutations. Mr. Avitabile (D.O.B. 5/19/67) was advised that his father, Andrew Joseph

---

[3] Mr. Avitabile was told that the change occurred in the 1930's with the location provided being that of New Jersey in the first conversation and New York in the second conversation. Therefore, Mr. Avitabile cannot narrow the location any further than that.

Avitable (D.O.B. 4/29/43), was passed-up for the family's royal title because of his corrupt actions and involvements. This created a rift between Mr. Avitabile and his father that was never reconciled. This information was originally conveyed to Mr. Avitabile in the 1970's and reiterated to him in the 1990's, just prior to Louis Avitabile's death. Thus, Mr. Avitabile's father holds no right to the family's royal title, which has resulted in many wrongs done to Mr. Avitabile by his father in retaliation.

7) Mr. Avitabile has no current knowledge of the status of his father. The last information provided stated that Mr. Avitabile's savings, which he had accrued since childhood, and was previously in the possession of his paternal grandmother, Angela Marie Avitable (Maiden Name De Gatano and Americanized to Degaten by Anna) was stolen by his father upon her death due to both men having the same exact name until the time that Mr. Avitabile had reverted the spelling of his last name via Affidavit of Personage/Royal Decree.

8) On June 13, 2014, Mr. Avitabile was compelled to effectuate an Act of State Affidavit that further documented Mr. Avitabile's heritage, which was Apostillized/Authenticated by the United States' "Competent Authority" in Wyoming, whose office is in the Wyoming Secretary of State's Office, on September 16, 2014 and issued Apostille Numbers 59141, 59142 and 59143.

a) Mr. Avitabile presents a copy of his Act of State Affidavit as evidentiary exhibit #12, the associated Apostille as evidentiary exhibit #13 and a copy of the receipt associated with the Apostillization/Authentication of his Act of State Affidavit as evidentiary exhibit #14 that indicates the fees were paid for the purpose of apostilles/authentications, and providing other pertinent information.

9) On September 19, 2014, Mr. Avitabile effectuated an Affidavit of Personage (Royal Decree Of Identity) that documented his heritage, his family and various other aspects of his life including the erroneous name change that occurred in the 1930's. This document also verifies that Mr. Avitabile, in his Royal Capacity reclaimed the proper spelling of his last name, changing the spelling from Avitable back to Avitabile and condemning the use of the improper spelling as well as any other erroneous name in conjunction with references to him. Furthermore, Mr. Avitabile allowed anyone wishing to contest his claims to do so within 21 days of his submission of said document when he submitted them to the plethora of federal and international agencies, including the US Supreme Court. No one contested Mr.

Avitabile's claims, making them uncontestable. Therefore, by this act, Mr. Avitabile has legally changed his name from the Americanized spelling of Avitable to the Italian spelling of Avitabile without contest and legally MUST be referred to as Andrew Joseph Avitabile.

a) Mr. Avitabile presents his Affidavit of Personage as evidentiary exhibit #15.

10) Mr. Avitabile has submitted his Affidavits with a packet of supporting documents to:

a) **U.S. President**
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500-0001

b) **U.S. Secretary of State**
US State Department
2201 C. Street, N.W.
Washington, DC 20520

c) **U.S. Secretary of Commerce**
1401 Constitution Ave, N.W.
Washington, DC 20230

d) **U.S. Secretary of Transportation**
1200 New Jersey Avenue, S.E.
Washington, DC 20590

e) **U.S. Secretary of Treasury**
Department of Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220

f) **U.S. Attorney General**
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20220

g) **U.S. Social Security Administration**
Windsor Park Building
6401 Security Blvd.
Baltimore, MD 21235

h) **U.S. Marshals Service**
2604 Jefferson Davis Hwy.
Alexandria, VA 22301-1025

i) **U.S. FBI**
J. Edgar Hoover Bldg.
935 Pennsylvania Ave., N.W.
Washington, DC 20535-0001

j) **U.S. Department of Justice-Office of International Judicial Assistance**
950 Pennsylvania Ave., NW
Washington, DC 20530

k) **United Nations-Secretary General Ban Ki-Moon**
1st Ave. & 46th St.
NYC, NY 10017

l) **United Nations-Deputy Secretary General Jan Eliason**
1st Ave. & 46th St.
NYC, NY 10017

m) **The Hague Conference on Private International Law-Permanent Bureau**
UN - ICC
P.O. Box 19519
2500 CM. The Hague
The Netherlands

n) **The World Court in the Hague**
UN - ICC
P.O. Box 19519
2500 CM. The Hague
The Netherlands

o) **U.S. Supreme Court**
Clerk of Court
One 1st Street
Washington, DC 20543

p) **U.S. Secret Service**
950 H St., NW, Ste. 8000
Washington, DC 20001

q) **U.S. Executive Office for Immigration Review**
5107 Leesburg Pike
Falls Church, VA 22041

r) **U.S. Citizen and Immigration Services**
20 Massachusetts Ave, NW
Washington, DC 20001

s) **U.S. Department of State-Office of Policy and Public Affairs**
2201 C. Street, N.W.
Washington, DC 20520

11) Mr. Avitabile has submitted a request to the U.S. Secretary of State for further documentation of the recognition; but has not received a response as of yet. Mr. Avitabile realizes that the Encyclopedia excerpt is in fact a "recognition" of his status and has been told that his Apostille is further documentation of that recognition by the Secretary of State's Office; however, there are those instructing him that he needs further recognition and pursuant to ***Samantar v. Yousuf***, 560 U.S. 305, 130 S. Ct. 2278, 176 L. Ed. 2d 1047 (2010), **If the State Department takes no action, then he can file in a federal district court** for further recognition and documentation of his "dignitary/diplomatic status;" and this Court has the most experience in dealing with both dignitaries and diplomats.

12) The fact that Mr. Avitabile was born into a European Royal Title provides him with

12) dignitary, diplomatic and royal status ab initio and the right to use the titles of "His Royal Highness" and "His Royal Majesty" under the proper customary political addresses and salutations. This further entitles Mr. Avitabile to the benefits of said status.

13) Mr. Avitabile is not asking this Court to provide him with a new Royal Title, only to recognize and acknowledge his preexisting/historic familial Royal Title, and the fact that he holds said title.

**WHEREFORE,** Mr. Avitabile respectfully requests this honorable Court to provide him with documentation of his dignitary/diplomatic status based upon his European Royal Title; and recognize that he has the authority within his signature to legally revert the spelling of his name from Avitable to Avitabile, making him LEGALLY "H.R.H. Andrew Joseph Avitabile," thereby, correcting the injustice from the 1930's.

### DECLARATION

The information contained within this letter is Sworn to and attested to in my Royal Personage in its Official Capacity under the penalty of perjury with full knowledge and understanding that my signature holds within it the full Right and Authority to Officiate and Validate legal documents and/or create law pursuant to *American Banana Co. v. United Fruit Co*, 213 US 347 (1909); *Kawananakoa v. Polyblank*, 205 US 349, 353 (1907); and *Refined Patroleum Prods. Antitrust Litig.* 649 F Supp 2d 572 (5th Cir 2009), regardless of whether done as a Head of State or private Person pursuant to *Angle v. Chicago, St. P.M. & O.R. Co.*, 151 US 1, 16,14 (1894); and *Fletcher v. Peck*, 3 LED 162 (1809). This Official Act is performed pursuant to all local and national Regulations (W.S. 6-5-301; 28 USC 1746; 18 USC 1621). This Official Act is performed to Authenticate and Validate the identity of the individual in his/her Natural being who is swearing to the information contained herein.

Therefore, I lay upon this document my Official Signature as Seal in its Royal Sovereign Capacity in witness thereof on this 5th day of April, 2016.

Respectfully Submitted in my Official Capacity,

*[signature]*
HRH Andrew J. Avitabile

# JUDICIAL ORDER

**IT IS ORDERED,** subsequent to a thorough examination of all the documents submitted by His Royal Highness Andrew Joseph Avitabile (Original European/Italian Spelling), born Andrew Joseph Avitable (Americanized Spelling) that demonstrate his person and European Royal Status, with his Petition for Declaration of Diplomatic Status by a European Royal, that he holds Dignitary/Diplomatic Status and is entitled to the benefits and salutations attached thereto.

**IT IS FURTHER ORDERED,** that though born as, and legally known as Andrew Joseph Avitable until the effectuation of his Affidavit of Personage on September 19, 2014, through the process of said Affidavit of Personage/Royal Decree, he legally changed the spelling of his name to Andrew Joseph Avitabile in respect for his Royal heritage and title; and must thereinafter be legally recognized by all as Andrew Joseph Avitabile pursuant to said Affidavit of Personage and in light of the fact that his signature holds within it the full Right and Authority to Officiate and Validate legal documents and/or create law pursuant to *American Banana Co. v. United Fruit Co*, 213 US 347 (1909); 213 at 358, 29 S Ct 511; *Kawananakoa v. Polyblank*, 205 US 349, 353, 27 S Ct 526, 527, 51 L Ed 834 (1907); and *Refined Patroleum Prods. Antitrust Litig.* 649 F Supp 2d 572 (5th Cir 2009), regardless of whether done as a Head of State or private Person pursuant to *Angle v. Chicago, St. P.M. & O.R. Co.*, 151 US 1, 16, 14 Sup Ct Rep 240 (1894); and *Fletcher v. Peck*, 3 LED 162, 6 CRANCH 87 (March 11, 1809).

**Done in the Federal District Court for the District of Columbia** this _____ day of _____, 20_____

_____
Federal District Judge
For the District of Columbia